UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ANDREW J. HOLMQUEST,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner<br>of Social Security,<br><br>Defendant. | Case No. 08-CV-2697 (PJS/RLE)<br><br>ORDER ADOPTING<br>REPORT AND RECOMMENDATION |

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. That the Plaintiff's Motion [Docket No. 14] for Summary Judgment is denied.

2. That the Defendant's Motion [Docket No. 17] for Summary Judgment is granted.

Dated: August 18, 2009          s/Patrick J. Schiltz
                                             Patrick J. Schiltz
                                             United States District Judge